INDEPENDENT DISTRICT OF ROCK RAPIDS v. MILLER et al.

*(Circuit Court, N. D. Iowa, W. D.* November 9, 1891.)

In Equity. Motion to remand.
*McMillan & Van Wagenen,* for complainant.
*J. M. Parsons* and *James H. Crose,* for defendants.

SHIRAS, J. This cause is remanded to state court, at cost of William Jacobson, for the reason that part of the defendants are citizens of Iowa, and there is not a separable controversy in the case on behalf of Jacobson. See opinion in *Same Plaintiff* v. *Bank of Rock Rapids,* 48 Fed. Rep. 2.